**No. 44903.**—Protests 29323–K, etc., of American Merchandise Co. et al. (New York).

Opinion by DALLINGER, J. Picture frames, pencil sharpeners, antimony figures, antimony frames, and toilet sets were held dutiable as household utensils at 40 percent under paragraph 339 as claimed. *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20), *Woolworth* v. *United States* (T. D. 47857), and Abstracts 41633, 40822, and 41645 followed.

**No. 44904.**—Protests 11583–K, etc., of Strauss-Eckardt Co., Inc., et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the tape measures in question are similar to those the subject of Abstract 43372. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 44905.**—Protest 39562–K of Strauss Bros. & Co. (New York).

Opinion by DALLINGER, J. It was stipulated that the tape measures in question are similar to those the subject of Abstract 43372. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 44906.**—Protest 40316–K of Rogow & Fuse, Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) the claim at 40 percent under paragraph 339 was sustained.

**No. 44907.**—Protest 285407–G of Mogi, Momonoi & Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445) and *Dow* v. *United States* (id. 282, T. D. 46816) the candlesticks in question were held dutiable at 40 percent under paragraph 339.

**No. 44908.**—Protest 853134–G of Jean Patou (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of atomizers similar to those the subject of *Rice* v. *United States* (T. D. 49373). The claim at 40 percent under paragraph 339 was therefore sustained.